IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-CR-00254-001 LJO |
| Plaintiff, | ) | ORDER OF RELEASE |
| vs. | ) | |
| AMBER MARQUARDT, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on December 9, 2013.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any existing warrants. (District of Nevada, United States District Court, Docket Number 2:13MJ00767).

IT IS SO ORDERED.

Dated:   December 9, 2013          /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE